UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 02-408 (DWF/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR STANLEY WILCOX,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE** |

I hereby certify that on August 16, 2007, I served, or caused to be served, the following documents:

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
**AFFIDAVIT OF JACQUELINE TSCHIDA**

I certify, that I served the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Victor Stanley Wilcox
Register Number 09702-079
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

RACHEL K. PAULOSE
United States Attorney

s/ James S. Alexander - NLC

BY: JAMES S. ALEXANDER
Assistant U.S. Attorney