**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Victor Stanley Wilcox a/k/a
Jesse Lopez Jr. a/k/a
Robert Johnson a/k/a
Tom Johnson a/k/a Lee Churchill,

Defendant.

Criminal No. 02-408(1) (DWF/SRN)

**PRELIMINARY ORDER OF FORFEITURE**

---

David J. MacLaughlin, Assistant United States Attorney, and Mary L. Trippler, Assistant United States Attorney, United States Attorneys Office, counsel for Plaintiff.

Robert D. Richman, Esq., Margulies & Richman, counsel for Defendant.

---

Based on the United States' motion for a Preliminary Order of Forfeiture; on the Plea Agreement entered into between the United States and Defendant Victor Stanley Wilcox; on the personal money judgment forfeiture in the amount of $1,985,832.00 entered against defendant Wilcox in this action; on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1) and Fed. R. Crim. P. 32.2(e); and on the Court's determination that, based on all of the files and records of this proceeding, the government has established the requisite nexus between such property and the offense to which the defendant has pled guilty,

**IT IS HEREBY ORDERED** that:

1. The plaintiff's motion for a preliminary order of forfeiture is **GRANTED**;

2. Any and all funds in Wells Fargo account number 400-0362763 are forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1);

3. The Secretary of the Treasury or his authorized designee may seize Wells Fargo account number 400-0362763 and maintain custody and control of the account pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: August 17, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court
United States District Court