# AFFIDAVIT OF PUBLICATION

STATE OF MINNESOTA )
(SS.
COUNTY OF HENNEPIN )

Kangbao Xiong, being duly sworn on oath say she/he and during all times herein stated has been the publisher or the publisher's designated agent in charge of the newspaper known as

**FINANCE AND COMMERCE**

and has full knowledge of the facts herein stated as follows:

(A) The newspaper has complied with all of the requirements constituting qualifications as a legal newspaper, as provided by Minnesota Statute 331A.02, and 331A.07, and other applicable laws, as amended.

(B) She/He further states on oath that the printed

Notice of Forfeiture

22150450

hereto attached as part hereof was cut from the columns of said newspaper, and was printed and published therein in the English language; that it was first so published on

October 25, 2007 for 3 times(s);

the subsequent dates of publications being as follows:

Thursday, 11/01/2007
Thursday, 11/08/2007

And that the following is a printed copy of the lower case alphabet from A to Z, both inclusive, and is hereby acknowledged as being the size and kind of type used in the composition and publication of said notice, to wit:

____ abcdefghijklmnopqrstuvwxyz
X abcdefghijklmnopqrstuvwxyz

Kangbao Xiong

Subscribed and
Sworn to before me this 8th day of November, 2007

bmargulies

(Notarial Seal) Notary Public, Hennepin County,

REBECCA ANNE MARGULIES
Notary Public-Minnesota
My Commission Expires Jan 31, 2012

**RATE INFORMATION:**

1. Lowest classified rate paid by commercial users for comparable space: **3.25000**
2. Maximum rate allowed by law for the above matter: **1.41034**
3. Rate actually charged for the above matter: **1.28213**

---

**NOTICE OF FORFEITURE** — UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA, CRIMINAL NO. 02-408(1) (DWF/SRN) — UNITED STATES OF AMERICA, PLAINTIFF, V. VICTOR STANLEY WILCOX, DEFENDANT. NOTICE IS GIVEN that United States District Court Judge Donovan W. Frank entered a Preliminary Order of Forfeiture on August 17, 2007 forfeiting to the United States any and all funds in Wells Fargo account number 400-0362763, and that the United States intends to dispose of this property in such manner as the Secretary of the Treasury or his authorized designee may direct. If you have a legal right, title or interest in this property, you must petition the United States District Court WITHIN 30 DAYS OF THE FINAL PUBLICATION OF THIS NOTICE for a hearing to adjudicate the validity of your alleged legal interest in this property. The petition must conform to the requirements set out at 21 U.S.C. § 853(n)(2)-(6), as incorporated at 18 U.S.C. § 982(b)(1). The petition must be filed with the United States Clerk of Court, Richard Sletten, United States District Court, 708 U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101, and a copy served on the United States through James S. Alexander, AUSA, United States Attorney's Office, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415. IF YOU FAIL TO TIMELY FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THIS PROPERTY, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE FORFEITED TO THE UNITED STATES, WHICH SHALL THEN HAVE CLEAR TITLE TO THIS PROPERTY AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE. In addition to filing a third party petition or in lieu of filing such a third party petition, you may file a petition for remission or mitigation of forfeiture for a non-judicial determination of your claim by Richard Weber, Chief, Asset Forfeiture and Money Laundering Section, Department of Justice. The petition must conform to the requirements outlined at 28 C.F.R. § 9.4(c) and must be submitted to AUSA James S. Alexander, United States Attorney's Office, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, within 30 days of the final publication of this Notice. Dated: October 23, 2007, RACHEL K. PAULOSE, United States Attorney, s/ James S. Alexander, BY: JAMES S. ALEXANDER, Assistant U.S. Attorney, Attorney ID Number 166145, 600 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, (612) 664-5600.

(Published in
Finance and Commerce
October 25,
November 1, 8, 2007)

22150450