UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 02-408 (DWF/SRN)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) **CERTIFICATE OF SERVICE**
v. )
)
VICTOR STANLEY WILCOX, )
)
Defendants. )

I hereby certify that on February 5, 2008, I served, or caused to be served, the following documents:

**MOTION FOR FINAL ORDER OF FORFEITURE**

I certify, that I served the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Victor Stanley Wilcox
Register Number 09702-079
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

s/ Noelle Corbo
By: Noelle Corbo
Litigation Assistant