**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Victor Stanley Wilcox,

Defendant.

Criminal No. 02-408(1) (DWF/SRN)

**FINAL ORDER OF FORFEITURE**

---

David J. MacLaughlin, Mary L. Trippler, and James S. Alexander, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff.

---

**WHEREAS**, on August 17, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting to the United States any and all funds in Wells Fargo account number 400-0362763 pursuant to 18 U.S.C. § 982(a)(1);

**WHEREAS**, on October 25, November 1, and November 8, 2007, the Plaintiff published notice of the forfeiture of the funds seized from Wells Fargo account number 400-0362763 in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the above-described account in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described account;

**WHEREAS**, the United States also provided direct notice of the forfeiture of Wells Fargo account number 400-0362763 to Lee Churchill; and

**WHEREAS**, no petitions have been filed with the Clerk of Court pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 982(b)(1), and the time for filing a petition has expired;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. All right, title and interest in any and all funds seized from Wells Fargo account number 400-0362763 are hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 982(b)(1); and

2. Any and all funds in Wells Fargo account number 400-0362763 shall be disposed of by the United States in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 5, 2008

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court