# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Victor Stanley Wilcox,

Defendant.

**Case No. CR 02-408 DWF/SRN**

**JUDGMENT IN A CRIMINAL CASE**

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. All right, title and interest in any and all funds seized from Wells Fargo account number 400-0362763 are hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C § 982(b)(1); and

2. Any and all funds in Wells Fargo account number 400-0362763 shall be disposed of by the United States in accordance with law.

Date: February 7, 2008

RICHARD D. SLETTEN, CLERK

s/ Kim Krulas

(By) Kim Krulas, Deputy Clerk